## Crowers *v.* Crowers, Appellant.

Argued December 13, 1966. *Michael F. Walsh,* with him *Leonard Spear,* and *Meranze, Katz, Spear & Bielitsky,* for appellant; *David P. Trulli,* with him *Vito F. Canuso,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WATKINS, J., absent.

## Davoli *v.* Precision Plastics Company et al., Appellants.

Argued December 16, 1966. *Raymond J. Porreca,* for appellants; *Joseph Hakun,* with him *Sheer & Mazzocone,* for appellee.

Order affirmed.